Certificate Number: 16199-MA-CC-022422574



16199-MA-CC-022422574

# CERTIFICATE OF COUNSELING

I CERTIFY that on December 12, 2013, at 2:43 o'clock PM EST, Kevin Charles Norton received from CC Advising, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of Massachusetts, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:  December 12, 2013         By:    /s/Ryan McDonough for Parker Nelsen

                                 Name:  Parker Nelsen

                                 Title: Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).